IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Julie Stanley, | |
| Plaintiff(s), | Case Number: 1:14cv870 |
| vs. | Judge Susan J. Dlott |
| Commissioner of Social Security, | |
| Defendant(s). | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 2, 2015 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 21, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that defendant's decisions is SUPPORTED BY SUBSTANTIAL EVIDENCE, and AFFIRMED.  This case is hereby TERMINATED from the docket of this Court.   IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court